SAO 91 (Rev. 02/09) Criminal Complaint



## UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF KENTUCKY

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 JAN 11 AM 11: 26

UNITED STATES OF AMERICA    )
       v.                         )
                              )        Case No. 1:10 m J-1
                              )
**TIFFANY R. SWIFT**        )
         *Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date **of January 9, 2010**, in the county of **Edmonson**, in the Western District of Kentucky, the defendant violated **21 U.S.C. § 844**, an offense described as follows:

> knowingly and intentionally possess: 8 counts 325-7.5 mg Acetaminophen-Hydrocodone tables, 34 counts - 2 mg. Clonazepam tablets, and 13 grams of marijuana.

This criminal complaint is based on these facts:

> See Attached Affidavit

☒      Continued on the attached sheet

X _____
*Signature*

Jonathon Bledsoe, United States Park Ranger
*Printed name and title*

*Sworn to before me and signed in my presence.*

Date:     January 11, 2010        JDMoya USM
                                      *Judge's Signature*

City and State:    Louisville, Kentucky       **James D. Moyer, United States Magistrate Judge**
                                           *Printed Name and Title*

- **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jonathon T. Bledsoe, being duly sworn, depose and state as follows:

1.    Your Affiant, Jonathon T. Bledsoe has been a United States Park Ranger for approximately 1 year in law enforcement. Your affiant has extensive training and experience in investigations involving the possession of controlled substances. The following information has been obtained through personal observation and knowledge or was told to this Affiant by other law enforcement officers.

2.    I have been involved in the investigation of this matter, along with other law enforcement officers and agents, concerning potential violation of the Controlled Substance Act, Title 21, United States Code, Section 844, namely the unlawful possession of controlled substances.

3.    I am familiar with the information contained in this affidavit through my own personal participation in the investigation and my conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of application for a criminal complaint, I have not included every fact known concerning this investigation. I have, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the arrest of the suspects.

4.    On January 09, 2010, at approximately 1220 hours, I was traveling north on Mammoth Cave Parkway behind a white Mazda occupied by two people with the windows rolled down. I could smell an odor coming in the vents of my patrol car. Based upon my training and experience it smelled to be the odor of burning marijuana. As the Mazda turned left into the Visitor Center parking lot the driver failed to use a turn signal. I then initiated a traffic stop of this vehicle.

5.   Ranger Clemons contacted the passenger, later identified as Tiffany R. SWIFT, as I contacted the driver. Ranger Clemons told me to talk to the passenger, because he believed she was under the influence of controlled substances. As I approached the passenger side, I could smell the odor of marijuana become stronger. As I asked Swift for her identification, I noticed that her eyelids were droopy and she had low, raspy, and slurred speech. I also noticed she had vey bloodshot and watery eyes.

6.   Following a field interview between Ranger Clemons and SWIFT, Ranger Clemons advised me that SWIFT admitted that she possessed marijuana and smoked some earlier in the car. Ranger Clemons approached the front of my patrol car holding SWIFT by the arm as she was stumbling while walking. SWIFT then reached in her pants and removed a bag from her underwear. The bag had a green substance that based upon my training and experience, I knew to be marijuana. It also contained two white rolled marijuana cigarettes, three burnt marijuana cigarettes (roaches) and two packages of rolling papers. The marijuana was later weighed at a combined 13 grams and field tested positive for the presence of THC.

7.   SWIFT then removed a bag containing 34 small, round white and 8 oval peach colored tablets from her underwear. SWIFT admitted that the white tablets were "Clonopin" and the peach tablets were "Lortabs." The round white tablets were imprinted with R35 on one side. Using pharmaceutical references, I identified the tablets to be 2mg clonazepam tablets. Clonazepam is a Schedule IV controlled substance. The peach colored tablets were imprinted with V 36/05. Using pharmaceutical references, I identified the pills to be 325mg-7.5mg Acetaminophen-hydrocodone bitartrate tablets. Hydrocodone combination products are Schedule III controlled substances. SWIFT did not have a prescription for these substances. SWIFT admitted the pills were not prescribed to her, but were her month's supply. SWIFT further admitted to taking tablets earlier in the day.

Based on the above facts and circumstances as well as this Affiant's training and experience, Affiant states that there is probable cause to believe that Tiffany R. SWIFT committed violations of Title 21, United States Code, Section 844 (a).

x _____

Jonathon T. Bledsoe
U.S. Park Ranger
National Park Service
Mammoth Cave National Park

Sworn to before me this 11ᵗʰ day of January, 2010.

_____
United States Magistrate Judge